**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| Thomas Cotter,<br><br>                     Plaintiff,<br><br>     v.<br><br>Enhanced Recovery Corporation; and DOES 1-10, inclusive,<br><br>                     Defendants. | :<br>:<br>:<br>:<br>:<br>: Civil Action No.: 3:17-cv-01437-AWT<br>:<br>:<br>:<br>:<br>: |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

**Dated April 12, 2018**

                                                            Respectfully submitted,

                                                            PLAINTIFF, Thomas Cotter

                                                            /s/ Sergei Lemberg

                                                            Sergei Lemberg, Esq.
                                                            LEMBERG LAW, L.L.C.
                                                            43 Danbury Road, 3rd Floor
                                                            Wilton, CT 06897
                                                            Telephone: (203) 653-2250
                                                            Facsimile:  (203) 653-3424
                                                            slemberg@lemberglaw.com

## CERTIFICATE OF SERVICE

**I hereby certify that on April 12, 2018, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Connecticut Electronic Document Filing System (ECF) and that the document is available on the ECF system.**

                    **By /s/ Sergei Lemberg**

                         **Sergei Lemberg**