UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Thomas Cotter, | : |
| Plaintiff, | : Civil Action No.: 3:17-cv-01437-AWT |
| v. | : |
| Enhanced Recovery Corporation; and DOES 1-10, inclusive, | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs or fees to any party. The Court will retain jurisdiction to enforce the terms of the settlement agreement.

2

| Thomas Cotter | Enhanced Recovery Corporation |
|---|---|
| **/s/ Sergei Lemberg** | **/s/ Michael P. Regan** |
| Sergei Lemberg, Esq.<br>LEMBERG LAW, LLC<br>43 Danbury Road, 3rd Floor<br>Wilton, CT  06897<br>(203) 653-2250<br>Attorney for Plaintiff | Michael P. Regan, Esq.<br>Smith, Gambrell & Russell, LLP<br>1301 Avenue of the Americas, 21st Floor<br>New York, NY 10019<br>(212) 907-9700<br>Attorney for Defendant |

_____
**SO ORDERED**

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2018, 2018, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Connecticut Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By  */s/ Sergei Lemberg*
     **Sergei Lemberg**